**Exhibit A to the Complaint**

**Location:** North Bergen, NJ  
**Total Works Infringed:** 25  
**IP Address:** 69.123.14.145  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 19C1395DB67EE9441B29A89A75B34D45317E7716<br>File Hash:<br>61681AF79758E32D6375754DA00B5D5D69BA550FE876966EB444891E9E8F633C | 03-21-2023 03:22:44 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 2 | Info Hash: 5C0DEE0CE8B141D07B3755DB6D56508193B98245<br>File Hash:<br>95EC2036CC70D63369DA8697C1E368B3C5FB6F4432C39E1391DA61F50036E179 | 03-20-2023 22:34:43 | Blacked Raw | 10-09-2019 | 11-05-2019 | PA0002210286 |
| 3 | Info Hash: E5D59982A2E5EE3FBDD91BA30CEC76A33D66E8F2<br>File Hash:<br>1D3D4D1D9F187B6DADBBB91714B2826F2293421F515EDA999DDDB4E900E8F2B3 | 03-19-2023 01:15:58 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 4 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878<br>File Hash:<br>DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 03-18-2023 23:18:15 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 5 | Info Hash: A3ABCE497CA4A48E72CD9128C493528A27622084<br>File Hash:<br>8D382E55A960446DA0C4CBDDD3FC39836949E2B2DE3370BB9608309DE4A20ADB | 03-18-2023 23:08:37 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 6 | Info Hash: A7FF7606EC461AB9839E8F83759353D3B3A7CEE2<br>File Hash:<br>F25EDAFE7B53E137D244B00D30AA0AAA5963A3719CB51F524D5E9FF47203572C | 03-16-2023 22:24:01 | Tushy | 10-23-2018 | 11-25-2018 | PA0002136621 |
| 7 | Info Hash: B6ECD1FE798497FACAFEE2BB5A2F4C6DAFFD6272<br>File Hash:<br>1D1AA26BDFB985F4F5BB9D70C5153E2653C2C1DFAED02538E04474336865EA89 | 03-16-2023 02:28:27 | Tushy | 02-10-2019 | 03-24-2019 | PA0002184028 |
| 8 | Info Hash: 313A6D4A94559F25179E088261818808DB04CEB9<br>File Hash:<br>B0AE7AC7AE37A6CF40D80F135B2B56033E0348B0E97B3B3DE55C1298D69F5CFD | 03-16-2023 01:28:35 | Tushy | 09-23-2019 | 10-07-2019 | PA0002205466 |
| 9 | Info Hash: 67D40AB4E208DB4E99A083392382522BE587F864<br>File Hash:<br>3E37721CEB04B78A720D43F2F2BF1EC62B7AB0F85DFD1884A5ADC0FA51085B69 | 02-18-2023 02:46:56 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 10 | Info Hash: D121DFA499CA673977D7D111E3F0F4D873EF28E9<br>File Hash:<br>E6ADB40796CC6534D5331E6C18C58D17028F7623A811FFA291C06DDE5D8354BA | 02-13-2023 04:59:40 | Tushy | 06-25-2018 | 08-07-2018 | PA0002132395 |
| 11 | Info Hash: 66A289A04AE4D4729648FCE2D0ABC42B6B2135AE<br>File Hash:<br>67D2A3CE85DD3A5ADC1FE23B1FB1A90C15A1647094913B09DEB4E4DF74DF568C | 02-13-2023 04:37:00 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C54A9F8E75661E9EDA455D0C378F3560C669D010<br>File Hash: 8523EFE586ABBA8629A42645449FAAF7F0347DD3C1D923C0FB71EC2DE391179D | 12-31-2022 04:17:36 | Tushy | 05-16-2018 | 06-19-2018 | PA0002126446 |
| 13 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash: 93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 11-19-2022 22:52:02 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 14 | Info Hash: 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA<br>File Hash: 6D46762997F964114D393256EB09245B0BAE34E0A4E66FD47E682B88B909D809 | 09-01-2022 01:37:47 | Tushy | 03-22-2018 | 04-17-2018 | PA0002116092 |
| 15 | Info Hash: B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash: D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 02-18-2022 21:18:43 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 16 | Info Hash: B49A01382B7A1DAE1E53FF88829EA3366BE59180<br>File Hash: A0E6BF33567940E34F01A7FDE402967A16B455E1EFE722B443258952585D9B11 | 02-18-2022 20:42:53 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 17 | Info Hash: 493CC280F906E53C779855D1B9F0C2FCC0A30570<br>File Hash: 5F00EED450DD89306F47254FBB832FB5AA883DBC9CEEA58CE5873D483C80414F | 02-18-2022 19:46:19 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 18 | Info Hash: 021BFC1F258C4A379C387B75ADEF97C7D0A92FF4<br>File Hash: EDCEB7A948A11B4D53513A3476E5DC9A6FE11B34DF7537F77CBB4E745DED55C0 | 02-18-2022 00:58:51 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 19 | Info Hash: 2D805F5922320FA3ED61426DCF3C975A3D2E4812<br>File Hash: FD1D243E9D77C73E94B676B98C708105EE6E309D920376DB1E3BB6368FDCCB79 | 02-17-2022 23:40:10 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 20 | Info Hash: 2AB26C48162974A192A939180C6DD77765F6E1FA<br>File Hash: 5C5E9AC04E19CB8CD1A34AC33FC0862495889D24924D4CCB8A96CAE8CBA4CA40 | 02-17-2022 21:43:06 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 21 | Info Hash: D15DC5C02BBAC6429D7C3F2AAAD1F90312A0CC33<br>File Hash: 267741D69FA2741A33A8E65A180DA54E316FEE9DFE67BCC146C9CDC792EFF63A | 12-13-2021 20:44:59 | Tushy | 08-24-2017 | 09-15-2017 | PA0002052837 |
| 22 | Info Hash: 74718A5DE43AEE79CBEF0F7E8C6F6A97BEC92D5D<br>File Hash: 49F5099B09CB698868035633BCF9F368274471A2A36A753F412D59DFABE215E4 | 09-30-2021 22:47:03 | Tushy | 11-02-2017 | 12-05-2017 | PA0002098020 |
| 23 | Info Hash: 5EB444FE3B29AA0C56A35B327C608B115BA9DB1B<br>File Hash: 6E8E05B0BE611E66575DDA745F409E89CB10B527DA33188E69F188F78C676F8E | 09-15-2021 00:19:06 | Tushy | 12-22-2017 | 01-23-2018 | PA0002101752 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 08-31-2021 22:44:40 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 25 | Info Hash: AABA11A2DDD425E7F6E0F27417A251D172F294FE<br>File Hash: A82B9F28E699B5FE80E90D3F7305403583E13C9D436F04841E1B59DE4AD03959 | 03-25-2021 23:06:07 | Tushy | 11-22-2017 | 01-04-2018 | PA0002069339 |